**UNITED STATES of America, Appellee,**

v.

**John HAIRE, Appellant.**

No. 03–3049.

United States Court of Appeals, District of Columbia Circuit.

March 15, 2004.

Roy Wallace McLeese, III, John Robert Fisher, Mary B. McCord, John Crabb, Jr.,

Assistant U.S. Attorneys, Roscoe Conklin Howard, Jr., U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Plaintiff–Appellee.

John Haire, Warden, Fed. Reg. No. 39629–018, Coleman, FL, pro se.

Before ROGERS, TATEL, and ROBERTS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the judgment of the district court be affirmed. As the August 14, 2001 transcript shows, the superseding indictment in appellant's criminal case was returned to the magistrate judge in open court by the foreperson of the jury in accordance with of Fed.R.Crim.P. 6(f).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.